```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JERMAINE JACKSON *on behalf of himself and others similarly situated*,

                                Plaintiff,

                  -v -

G-TECH ELEVATOR ASSOCIATES LLC; BROCK M. GLENN; *and* DOMINICK A. GLENN,

                             Defendants.
-------------------------------------------------------------- X

1:22-cv-4760-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In Plaintiff's June 7, 2022 complaint, Plaintiff alleges that "venue is proper in the Eastern District of New York . . . ." Dkt. No. 1 ¶ 22. However, Plaintiff filed his complaint in the Southern District of New York. Accordingly, no later than June 16, 2022, Plaintiff is ordered to submit a letter stating whether he wishes to request the transfer of this case to the Eastern District of New York. If he does not intend to do so, Plaintiff should indicate that in the letter, and take any other steps he believes to be appropriate regarding the allegation contained in the complaint.

      SO ORDERED.

Dated: June 9, 2022
New York, New York

                                              _____
                                              GREGORY H. WOODS
                                             United States District Judge