**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERMAINE JACKSON *on behalf of himself and others similarly situated*,

                     *Plaintiff*,

-against-

G-TECH ELEVATOR ASSOCIATES LLC; BROCK M. GLENN; and DOMINICK A. GLENN,

                     *Defendants*,

Case No. 1:22-cv-04760-GHW

**NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Jermaine Jackson ("Plaintiff") hereby accepts the attached Offer of Judgment by Defendants G-Tech Elevator Associates LLC; Brock M. Glenn; and Dominick A. Glenn, (collectively, "Defendants") in the above-captioned action, in full and final settlement of all of Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

Date:   March 15, 2023
          New York, NY

*Respectfully Submitted*,

Law Office of Mohammed Gangat

_____
Mohammed Gangat, Esq.
675 3rd Avenue, Suite 1810
New York, New York 10017
mgangat@gangatpllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

JERMAINE JACKSON *on behalf of himself and others similarly situated,*

                              Plaintiff,

            -against-

G-TECH ELEVATOR ASSOCIATES LLC; BROCK M. GLENN; and DOMINICK A. GLENN,

                              Defendants.

Civ. No.: 22-cv-04760-GHW

---------------------------------------------------------------------X

## DEFENDANT G-TECH ELEVATOR ASSOCIATES LLC'S  OFFER OF JUDGMENT TO PLAINTIFF JERMAINE JACKSON

      Defendant, G-Tech Elevator Associates LLC ("G-Tech") offers to allow judgment to be taken by Plaintiff Jermaine Jackson ("you") against it in this matter in the sum of $12,000.00 (Twelve Thousand Dollars and No Cents), inclusive of all of your claims for relief, damages, and expenses, including attorneys' fees, and in full and final settlement of all of Plaintiff's claims against the Defendants (as defined below) in the above action arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

      This offer is made pursuant to the provisions of Rule 68(a) of the Federal Rules of Civil Procedure and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 14 days of the date that it was served on you.

      This offer of judgment is made for the purposes specified in Rule 68, and is not to be construed either as an admission that G-Tech (or any other Defendant) is liable in this action to you individually, or to any other individual, or that you have suffered any damage.

Acceptance of the offer shall effect a dismissal with prejudice of each and every claim as set forth in the Amended Complaint in their entirety against G-Tech, Brock M. Glenn, and Dominick A. Glenn (together, "Defendants") (including any of their respective successors or assigns and any past and present employees, representatives and agents), as well as a release of any additional wage claims arising out of your employment, including but not limited to, any claims for unpaid wages, overtime, interest, and penalties. Any Judgment entered pursuant to this Offer of Judgment shall have no preclusive effect as to issues or claims asserted by any other individual (against Defendants or otherwise).  Acceptance of the offer shall effect a dismissal with prejudice of your claims with respect to any alleged acts occurring before the effective date of this offer.

Judgment entered on this Offer of Judgment shall not provide any grounds, directly or indirectly, for any order, ruling, judgment or award to you or any other individual against Defendants of any amount, benefit, or relief, including, but not limited to, any injunctive or equitable relief, not expressly offered herein. Acceptance of this offer of judgment will operate to waive your rights to any claim for interest on the amount of the judgment.

Payment hereunder, if this offer is accepted, shall be mailed to your attorneys at the Law Office of Mohammed Gangat, on or before thirty (30) days following the Court's dismissal of the above-captioned action with prejudice.  In making payment, G-Tech will issue three checks to be delivered to your counsel as follows: (1) one check payable to you in the amount of $5,000, less lawful payroll withholdings, to be reported on an IRS Form W-2, (2) one check payable to you in the amount of $5,000, to be reported on an IRS Form 1099, and (3) one check payable to your attorney in the amount of $2,000, to be reported on IRS Form W9s.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiff serves written notice of his acceptance within fourteen (14) days of the date on which this Offer of Judgment was served. An offer not accepted within the specified time period for acceptance will be deemed withdrawn.

                                      Respectfully submitted,

                                      JACKSON LEWIS P.C.
                                          *ATTORNEYS FOR DEFENDANT*
                                          44 South Broadway, 14th Floor
                                          White Plains, New York  10601
                                          (914) 872-6885

                                  By:   */s/Jonathan M. Kozak*
                                          Jonathan M. Kozak

Dated: March 10, 2023
        White Plains, New York

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2023, a copy of the foregoing Defendant G-Tech Elevator Associates LLC's Offer Of Judgment To Plaintiff Jermaine Jackson was sent via e-mail to:

Mohammed Gangat, Esq.
LAW OFFICE OF MOHAMMED GANGAT
675 Third Avenue, Suite 1810
New York, New York 10017
Tel: (718) 669-0714
moe@lawyerforworkers.com

/s/Jonathan M. Kozak
Jonathan M. Kozak

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERMAINE JACKSON *on behalf of himself and others similarly situated*,

          *Plaintiff*,

-against-

G-TECH ELEVATOR ASSOCIATES LLC; BROCK M. GLENN; and DOMINICK A. GLENN,

          *Defendants*,

Case No. 1:22-cv-04760-GHW

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March, 2023, a copy of Plaintiff's Notice of Acceptance of Rule 68 Offer was served on Defendants by email to Defendants' counsel at:

Jonathan M. Kozak, Esq.
JACKSON LEWIS P.C.
44 South Broadway, 14th Floor
White Plains, New York 10601
(914) 872-6885
Jonathan.Kozak@jacksonlewis.com

Date:   March 15, 2023
         New York, NY

_____
Mohammed Gangat, Esq.
675 3rd Avenue, Suite 1810
New York, New York 10017
mgangat@gangatpllc.com