```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JERMAINE JACKSON *on behalf of himself and others similarly situated*,

       *Plaintiff*,

-against-

G-TECH ELEVATOR ASSOCIATES LLC;
BROCK M. GLENN; and DOMINICK A. GLENN,

       *Defendants*,

Case No. 1:22-cv-04760-GHW

**JUDGMENT**

**WHEREAS** a notice of acceptance of a Rule 68 Offer of Judgment having been filed on March 15, 2023; and Defendant G-Tech Elevator Associates LLC offered to allow entry of judgment to be taken against it, and in favor of Plaintiff Jermaine Jackson, in the total amount of Twelve Thousand Dollars ($12,000), inclusive of attorneys' fees and costs incurred to the date of the offer, and in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated March 10, 2023; it is

**HEREBY ORDERED and ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff Jermaine Jackson and against Defendant G-Tech Elevator Associates LLC in the total amount of Twelve Thousand Dollars ($12,000). The Clerk is respectfully directed to close the case.

SO ORDERED.

Dated: March 16, 2023
New York, New York

           _____
            GREGORY H. WOODS
            United States District Judge