UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE JACKSON *on behalf of himself and others similarly situated*,

                *Plaintiff*,

-against-

G-TECH ELEVATOR ASSOCIATES LLC; BROCK M. GLENN; and DOMINICK A. GLENN,

                *Defendants*,

Case No. 1:22-cv-04760-GHW

**SATISFACTION OF JUDGMENT**

**WHEREAS**, Plaintiff Jermaine Jackson ("Plaintiff"), accepted an Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedures, on March 16, 2023, and a Judgment was entered in the above action on the 16th day of March, 2023, in favor of Plaintiff and against Defendant G-Tech Elevator Associates LLC ("Defendant") in the total sum of Twelve Thousand Dollars ($12,000), inclusive of all costs, expenses, and attorney's fees.

**WHEREAS**, Plaintiff hereby acknowledges and notifies the Court that said judgment has been satisfied in full. Plaintiff further certifies that there are no outstanding executions with any Sheriff or Marshall.

**THEREFORE**, full and complete satisfaction of said Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment.

Dated:  April 17, 2023
         New York, New York

**LAW OFFICE OF MOHAMMED GANGAT**

_____
Mohammed Gangat, Esq.
675 Third Avenue, Suite 1810,
New York, NY 10017
718-669-0714
mgangat@gangatpllc.com